PATRICK GARDNER, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground of failure of proof of negligence of the defendant, and

that the plaintiff was guilty of contributory negligence. Van Kirk, P. J., Hinman, Hill and Hasbrouck, JJ., concur; Davis, J., dissents and votes for affirmance.